# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-311

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

**vs.**

**Up In Smoke Tobacco, Inc. and Dawoud Zoubeidi**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **UP IN SMOKE TOBACCO, INC.**

PERSON SERVED: **HUSSAM AWAD, MANAGER ON DUTY**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/03/2020 at 6:30 PM**

ADDRESS, CITY AND STATE: **680 N MILL ROAD, ADDISON, IL 60101**

DESCRIPTION: **Middle Eastern, Male, 25, 5'9", 165 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

*[Signature: Craig Palmer]*

Craig Palmer, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

*[Signature: Joan C. Harenberg]*

NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0078**

Tracking #: **433417**