# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-311

---

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

**vs.**

**Up In Smoke Tobacco, Inc. and Dawoud Zoubeidi**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **DAWOUD ZOUBEIDI**

PERSON SERVED: **JANE DOE (REFUSED NAME), MEMBER OF HOUSEHOLD**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **4/9/2020**.

DATE & TIME OF DELIVERY: **04/08/2020 at 1:42 PM**

ADDRESS, CITY AND STATE: **8652 W CATHERINE AVE., APT 1, CHICAGO, IL 60656**

DESCRIPTION: **, Female, , , lbs, hair**

**This is a two flat. The names Eman Zoubeidi, Jinan Zoubeidi, and Slinan Aallam are on one of the maiilboxes. The names Walid Mustafa and Samar Hamad are on the other mailbox. I knocked on the 1st floor door and I spoke with a woman thru the door who said Dawoud Zoubeidi lives on the 2nd floor. I knocked on the 2nd floor door and I spoke with a woman thru the door who confirmed Dawoud Zoubeidi lives on the 2nd floor. She refused to open the door and asked me to leave the papers at the door. I asked her for her name and she refused to give her name. I left the papers at the door.**

I declare under penalties of perjury that the information contained herein is true and correct.

---

Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 9th day of April, 2020.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/28/21