IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**Case Number: 1:20-cv-311 (Judge Pallmeyer)**

REPUBLIC TECHNOLOGIES
(NA), LLC, and SREAM, INC.,
        Plaintiffs,

      v.

UP IN SMOKE TOBACCO, INC and
DAWOUD ZOUBEIDI,
        Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT

Plaintiffs, by and through their undersigned counsel, brings this motion for entry of default judgment against Defendants UP IN SMOKE TOBACCO, INC. and DAWOUD ZOUBEIDI. In support of this motion, Plaintiffs state as follows:

1. Defendant UP IN SMOKE TOBACCO, INC was served with a copy of the Complaint and Summons on April 3, 2020. [Dkt. 8].

2. Defendant DAWOUD ZOUBEIDI was served with a copy of the Complaint and Summons on April 8, 2020. [Dkt. 8].

3. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, a party has 21 days to answer or otherwise plead after having been served with summons. These deadlines were extended by operation of this Court's General Orders 20-0012, as amended.

4. Even after the extensions, the time for Defendants to have appeared and filed a responsive pleading expired.

5. Defendants have not appeared, answered, or filed any other pleading in

this case, nor have they or anyone on their behalf reached out to Plaintiffs' counsel.

5. Rule 55 of the Federal Rules of Civil Procedure governs the entry of defaults and default judgments. That Rule provides, in applicable part:

> (A) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

6. Whereas no appearance, answer or other pleading has been filed, Plaintiffs requests the entry of default against Defendants UP IN SMOKE TOBACCO, INC. and DAWOUD ZOUBEIDI.

WHERFORE, Plaintiffs request that this Court enter default against UP IN SMOKE TOBACCO, INC. and DAWOUD ZOUBEIDI and permit Plaintiffs 21 days, through and until September 7, 2020 to file their materials in support of default judgment.

Respectfully Submitted,

s/ Christopher V. Langone
Christopher V. Langone
Attorney for Plaintiff
langonelaw@gmail.com
(312) 344-1945
