## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Sream, Inc. et al.,

Plaintiff(s),

v.

Up In Smoke Tobacco, Inc. et al.,

Defendant(s).

Case No. 20 C 311
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Plaintiffs Stream, Inc. and Republic Technologies (NA), LLC. and against Defendants Up In Smoke Tobacco, Inc. and Dawoud Zoubeidi in the amount of $30,400.00.

---

This action was *(check one)*:

☐ tried by a jury with Judge Rebecca R. Pallmeyer presiding, and the jury has rendered a verdict.
☐ tried by Judge Rebecca R. Pallmeyer without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion for default judgment.

Date: 9/24/2020                    Thomas G. Bruton, Clerk of Court

/s/ Nicole Fratto, Deputy Clerk